# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 APR 19  A 11: 52

STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Anne L. Medley

1751 Mill Farm Drive

Cordova, Tennessee 38016

v.

(Full name of defendant(s))

Memphis, Light, Gas and

Water - M L G W

Case Number:

**18-C-0625**

(to be supplied by Clerk of Court)

---

A.   PARTIES

1.   Plaintiff is a citizen of ___Tennessee___ and resides at
     (State)

     _1751 Mill Farm Drive Cordova, TN 38016_
     (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _Memphis Light Gas And Water_
     (Name)

is (if a person or private corporation) a citizen of _____

Complaint – 1

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

1. Memphis Light Gas and Water - MLGW
2. Fail to honor my husband death certificate
3. 2017 and 2018. They all said the something, we didn't get the death certificate, including the manager.
4. In Cordova, Tennessee
5. I went to MLGW several times to get my husband name off my MLGW statements because I am a victim of identity thief and someone took over my rental located at 3503 Allandale LN Memphis, TN 38111

Complaint – 2

they change the address to 1040 highland. but it still took MLGW one year to acknowledge my husband death certificate, I notarized And Certified a package to MLGW, it contain the death certificated And a check for $702.00 Check # 290 out of Trustmark Bank for my utilities bill in Memphis, TN.

The manager told me I had to pay only 199.00 And the balance had to be paid by February 28, 2018 to stop my utilities from being cut off again. I knew I had a flight out of memphis, TN February 27 2018 and the balance, she told me must be paid by February 28, 2018 which was $503.00 So I paid the full bill which was 702.00,

The manager told me that all she had to do was push a button and my utilities would go out. Conway Heating fix my furance. MLGW has no idea-the pain, suffer and stress they put me through. I am a victim of identity thief and social security fraud

Complaint – 3

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _31.9 mil_.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Faith Baptist Bartlett Church
Dr Danny Sinquefield,
phone 904386-44 901 386-4785

E.   JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___19___ day of ___April___ 20_2008_

Respectfully Submitted,

*Anne Louise Medley*
Signature of Plaintiff

*901 443-5733   901 502-7751*
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

*P.O. Box 4076 Cordova TN 38016*
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☑   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Case 2:18-cv-00625-JPS     Filed 04/19/18     Page 5 of 5     Document 1